IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TCYK, LLC,**

    **Plaintiff,**

  **vs.**                                **Civil Action 2:13-cv-540**
                                        **Judge Marbley**
                                        **Magistrate Judge King**

**JOHN DOES 48-98,**

    **Defendants.**

ORDER

On January 8, 2015, the United States Magistrate Judge recommended that *Plaintiffs' Motion for Default Judgment against Defendant Joe Snodgrass*, ECF 32, be granted in part and denied in part. *Report and Recommendation*, ECF 34. It was specifically recommended (1) that defendant Joe Snodgrass be permanently enjoined from directly or indirectly infringing plaintiff's copyrighted works, including by use of the internet to reproduce, copy, distribute, or make available for distribution to the public plaintiff's copyrighted works, unless plaintiff provides defendant with a license or express permission, (2) that defendant Joe Snodgrass be ordered to destroy all copies of plaintiff's motion picture *The Company You Keep* that defendant Joe Snodgrass has downloaded onto any computer hard drive or server without plaintiff's authorization and all copies that have been transferred onto any physical medium or device in defendant Joe Snodgrass' possession, custody, or control, and (3) that plaintiff be awarded statutory damages as against defendant Joe Snodgrass in the

amount of $6,000 and attorneys' fees and costs in the total amount of $1,907.67. *Id*. Plaintiff was advised of its right to object to the recommendation and of the consequences of its failure to do so, but has nevertheless failed to file an objection.

The *Report and Recommendation*, ECF 34, is **ADOPTED AND AFFIRMED**. *Plaintiffs' Motion for Default Judgment against Defendant Joe Snodgrass*, ECF 32, is **GRANTED in part** and **DENIED in part**.

Defendant Joe Snodgrass is **PERMANENTLY ENJOINED** from directly or indirectly infringing plaintiff's copyrighted works, including by use of the internet to reproduce, copy, distribute, or make available for distribution to the public plaintiff's copyrighted works, unless plaintiff provides defendant with a license or express permission. Defendant Joe Snodgrass is **ORDERED** to destroy all copies of plaintiff's motion picture *The Company You Keep* that defendant Joe Snodgrass has downloaded onto any computer hard drive or server without plaintiff's authorization and all copies that have been transferred onto any physical medium or device in defendant Joe Snodgrass' possession, custody, or control. Plaintiff is **AWARDED** statutory damages as against defendant James McLean in the amount of $6,000 and attorneys' fees and costs in the total amount of $1,907.67.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** accordingly.

> s/Algenon L. Marbley
> Algenon L. Marbley
> United States District Judge